AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**JEFFREY LEE DAVIS**

## CRIMINAL COMPLAINT

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about **JULY 27, 2005** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **OFFICER STEVEN GREENE**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

Signature of Complainant
**OFFICER STEVEN GREENE**
**FIRST DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____    at    **Washington, D.C.**
Date                                                                 City and State

_____         _____
Name & Title of Judicial Officer                           Signature of Judicial Officer