## STATEMENT OF FACTS

     On Tuesday, July 27, 2005, at about 4:00 a.m., sworn officers with the Metropolitan Police Department's First District went to Kirby and Morgan Streets, N.W., Washington, D.C., after receiving information about drugs being sold in the area. During the course of the officers investigations, officers learned that the defendant, Jeffrey Davis was hiding in the bushes and selling drugs, not far from where officers were standing. When officers went to the bush, the defendant ran out. Officers stopped the defendant a short time later, at which time officers recovered a small black purse from the defendant's hand. Recovered from the purse was 36 chunks of loose white rock-like substance and 7 ziplock bags containing a white rock-like substance. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine. A search of the defendant's pants pockets revealed a clear glass pipe, commonly used for smoking crack cocaine, $229.00 in U.S. Currency, and a large folding knife. Officers placed the defendant under arrest. A preliminary weight of the suspected crack cocaine indicates that the suspected crack cocaine is over 50 grams, which is an amount commonly indicating the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

                                      OFFICER STEVEN GREENE
                                      FIRST DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF JULY, 2005.

                                      U.S. MAGISTRATE JUDGE